IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:07CV71

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP. )<br>    Plaintiff    )<br>vs.            )<br>            )<br>JAMES C. LOWRY      )<br>    Defendant    )<br>_____ ) | |

## ORDER OF ADMISSION *PRO HAC VICE*

Upon Motion of Ted N. Kazaglis to appear *pro hac vice* on behalf of Plaintiff American Home Mortgage Corp., filed by Richard S. McAtee, also on behalf of Plaintiff American Home Mortgage Corp., and for good cause shown, the Court finds that the Motion is well taken. Accordingly, it is hereby,

ORDERED that Ted N. Kazaglis, Esq., is admitted to practice before this Court *pro hac vice* in these proceedings as counsel for Plaintiff. If he has not already done so, Mr. Kazaglis should pay the appropriate fee to the Clerk.

Signed: March 6, 2007

_____
David C. Keesler
United States Magistrate Judge