**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV71-RJC-DCK**

| | | |
|---|---|---|
| **AMERICAN HOME MORTGAGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JAMES C. LOWRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Upon Plaintiff's "Consent Motion to Stay, or in the Alternative, for an Extension of Time" (Document #16) filed August 20, 2007, for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that this Court will grant a sixty (60) day extension of time for all scheduling order deadlines in order to provide sufficient time for the appointment of a bankruptcy trustee. The parties shall file a joint status report with the Court on or before October 22, 2007.

Signed: August 21, 2007

David C. Keesler
United States Magistrate Judge